# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**JAMIESON YUL MAGEE, #T-6593**                                              **PETITIONER**

**VERSUS**                                   **CIVIL ACTION NO. 1:08-cv-112-HSO-JMR**

**UNKNOWN BANKS, WARDEN**                                                    **RESPONDENT**

### MEMORANDUM OPINION AND ORDER ADOPTING REPORT AND RECOMMENDATION, DENYING PETITION FOR WRIT OF HABEAS CORPUS, AND DISMISSING ACTION WITH PREJUDICE

This matter is before the Court on the Report and Recommendation [10] of Chief Magistrate Judge John M. Roper, entered in this cause on March 22, 2010. Judge Roper recommended that Petitioner Jamieson Yul Magee's Petition [1] for Writ of Habeas Corpus be denied. *See* Report and Recommendation, at p. 10. A copy of the Report and Recommendation was mailed to Petitioner at his last known address by certified mail, return receipt requested, on March 22, 2010. *See* March 22, 2010, Docket Entry. The letter containing the Report and Recommendation was received on March 24, 2010. *See* Acknowledgment of Receipt [11]. Petitioner has not filed any objection to the Magistrate Judge's Report and Recommendation to date.

The Court finds that the Magistrate Judge properly recommended that the Petition be dismissed. After referral of hearing by this Court, no objections having been filed as to the Report and Recommendation, and the Court, having fully reviewed the same as well as the record and relevant law in this matter, and being duly advised in the premises, finds that the Report and Recommendation should be adopted in its entirety as the opinion of this Court.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, the Report and Recommendation [10] of Chief Magistrate Judge John M. Roper, entered on March 22, 2010, should be, and hereby is, adopted in its entirety as the finding of this Court.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that, the [1] Petition for Writ of Habeas Corpus filed by Petitioner Jamieson Yul Magee pursuant to 28 U.S.C. § 2254 should be and hereby is **DENIED**.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that, this action is hereby **DISMISSED WITH PREJUDICE**.  A separate judgment will be entered herein in accordance with this Order as required by Federal Rule of Civil Procedure 58.

**SO ORDERED AND ADJUDGED**, this the 26th day of October, 2010.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE