IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**JAMIESON YUL MAGEE, #T-6593**                                                  **PETITIONER**

**VERSUS**                                **CIVIL ACTION NO. 1:08-cv-112-HSO-JMR**

**UNKNOWN BANKS, WARDEN**                                          **RESPONDENT**

## CERTIFICATE OF APPEALABILITY

A final order adverse to the applicant having been filed in the captioned habeas corpus case, in which the detention complained of arises out of process issued by a state court or a proceeding pursuant to 28 U.S.C. § 2254, the Court, considering the record in the case and the requirements of 28 U.S.C. § 2253, Rule 22(b) of the Federal Rules of Appellate Procedure, and Rule 11(a) of the Rules Governing Section 2254 Cases for the United States District Courts, hereby finds that:

A Certificate of Appealability should not issue.  The applicant has failed to make a substantial showing of the denial of a constitutional right.

Date: November 18, 2010                            *s/ Halil Suleyman Ozerden*
                                                              HALIL SULEYMAN OZERDEN
                                                              UNITED STATES DISTRICT JUDGE